United States District Court
Southern District of Texas
**ENTERED**
July 16, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSE PERALEZ, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL NO. 2:18-CV-32 |
| § | |
| EXPRESS DRILLING FLUIDS, LLC, *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

On March 20, 2019 the Court ordered Parties to file a motion by April 29, 2019, for the Court's approval of the settlement and dismissal and, if seeking attorney's fees and costs, a separate motion for attorney's fees and costs. Dkt. No. 42. On April 29, 2019 Parties filed a Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice, Dkt. No. 43, but did not file a motion for attorney's fees and costs. This case is currently set for Final Pretrial Conference on July 25, 2019.

The Court **ORDERS** Plaintiff's counsel to file a motion for attorney's fees and costs by July 24, 2019. Failure to file a motion for attorney's fees and costs by July 24, 2019 will be taken as representation that Plaintiffs are not requesting attorney's fees and costs.

Deadlines and settings are terminated in this case.

SIGNED this 16th day of July 2019.

_____
Hilda Tagle
Senior United States District Judge